# UNITED STATES DISTRICT COURT
для for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:05CR00034-03 |
| **DAVID TALCOTT USSERY** ) | USM No: 15710-097 |
| ) | |
| Date of Original Judgment: 09/18/2006 ) | |
| Date of Previous Amended Judgment: 05/27/2008 ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of  ✓ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.  ✓ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  143  months **is reduced to**  121 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/12/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 9, 2011

*Judge's signature*

Effective Date:                    Lawrence K. Karlton, United States District Judge
*(if different from order date)*     *Printed name and title*