IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. S-05-0034 LKK |
| vs. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ROBERT ROBINSON, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **ROBERT ROBISON** on **WEDNESDAY, MARCH 14, 2012**, Case No. CR. S-05-0034 LKK, Charge 18 U.S.C. 3606, from custody for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of $ [ ]

        \_\_ Unsecured Appearance Bond

        \_\_ Appearance Bond with 10% Deposit

| | | |
|---|---|---|
| 1 | ___ | Appearance Bond with Surety |
| 2 | ___ | Corporate Surety Bail Bond |
| 3 | _X_ | (Other) [The defendant is ordered to continue on Supervised Release as previously ordered on September 28, 2010, with the following modification of conditions: Defendant shall reside and participate in a Residential Reentry Center (RRC), for a period of 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11). The offender shall be released from custody to the probation officer on Wednesday, March 14, 2012. The probation officer will transport the offender to the RRC. A Judgment and Commitment Order to issue.] |

Issued at Sacramento, CA on March 6, 2012, at 9:25 a.m.

Dated: March 6, 2012

*[signature]*

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT JUDGE

ROBINSON, ROBERT Order release TSR violation.wpd       2