# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.
**DAVID TALCOTT USSERY**

Case No:  2:05CR00034-03

USM No:  15710-097

Date of Original Judgment:  09/18/2006
Date of Previous Amended Judgment: 12/09/2011
*(Use Date of Last Amended Judgment if Any)*

David Porter, Assistant Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
### PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ✓  the defendant  ❒  the Director of the Bureau of Prisons  ❒  the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   ✓ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of _____121_____ months **is reduced to** _____100_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____09/12/2006_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  August 28, 2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Lawrence K. Karlton, United States District Judge
*Printed name and title*